# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

National Fire & Marine Insurance Company,

Plaintiff(s),

v.

Windy City Anesthesia, P.C. et al,

Defendant(s).

Case No.  24 CV 1382
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

         which ☐ includes     pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

. Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment is hereby entered in favor of Plaintiff and against Defendant Michael Turner on Counts I and II of Plaintiff's complaint.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey.

Date:   6/5/2024

Thomas G. Bruton, Clerk of Court

<u>G. Lewis</u>, Deputy Clerk