# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

National Fire & Marine Insurance Company,

Plaintiff(s),

v.

Windy City Anesthesia, PC et al,

Defendant(s).

Case No. 24 CV 1382
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: National Fire has no duty to defend or indemnify Michael Turner against the underlying lawsuit filed against him by Defendant Michael Keating Jr. Default judgment shall enter in favor of Plaintiff and against Michael Keating, Jr. on counts I and II of Plaintiff's complaint, and summary judgment shall enter in favor of Plaintiff and against Defendant Windy City Anesthesia, P.C. on counts I and II of Plaintiff's complaint.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.

Date: 7/1/2024

Thomas G. Bruton, Clerk of Court

G. Lewis, Deputy Clerk